# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ANTHONY SHAMEL HOPKINS, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAROLD CLARKE, et al, ) <br>     Defendant(s). ) | Civil Action No. 7:16-cv-00210 <br><br> **OPINION** <br><br> By:    James P. Jones <br> United States District Judge |

Anthony Shamel Hopkins, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered July 11, 2016, the court granted Hopkins' Motion for Leave to File an Amended Complaint, advised him that his present Complaint did not sufficiently plead facts to support any viable § 1983 claim, and directed him to submit within 20 days from the date of the Order an Amended Complaint correcting the factual deficiencies noted. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 5th day of August, 2016.

                                                s/James P. Jones <br>
                                                United States District Judge